# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

|  |  |
|---|---|
|  | MARCH 2024 GRAND JURY<br>(Impaneled March 22, 2024) |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | Violations: |
| **ERIC MICHAEL ROBINSON (Count 1)**<br>**LAMOR RUNELL BOLDEN (Count 1)**<br>**ANTONIO JONES, JR. (Counts 1 and 2)** | Title 18, United States Code,<br>Sections 371 and 1704<br>(2 Counts) |

### COUNT 1

**(Conspiracy to Commit Mail Theft)**

**The Grand Jury Charges That:**

1. On or about October 2, 2024, in the Western District of New York, the defendants, **ERIC MICHAEL ROBINSON ("ROBINSON"), LAMOR RUNELL BOLDEN ("BOLDEN"),** and **ANTONIO JONES, JR. ("JONES")**, did knowingly and willfully conspire and agree together and with others, known and unknown to the Grand Jury, to commit offenses against the United States, that is:

   a. to steal and take, and attempt to steal and take, from and out of an authorized depository for mail matter and mail receptacle, located at a United States Postal Service mail facility in Cheektowaga, New York, letters and mail, and any article contained therein, in violation of Title 18, United States Code, Section 1708; and

    b.    to possess a key adopted by the Postal Service and in use on an authorized receptacle for the deposit of mail matter with the intent unlawfully and improperly to use the key, in violation of Title 18, United States Code, Section 1704.

## MANNER AND MEANS

2.    It was part of the conspiracy that defendant **JONES** unlawfully obtained and possessed a key, hereinafter referred to as an "arrow key", adopted by the Postal Service to be used to unlock mail collection boxes and retrieve matter deposited therein for delivery by the Postal Service.

3.    It was further part of the conspiracy that, on or about October 2, 2024, the defendants, **ROBINSON, BOLDEN,** and **JONES,** drove to a United States Post Office location at 285 Cayuga Road in Cheektowaga, New York with the intent to use the arrow key to unlock mail collection boxes and steal mail matter deposited therein. Defendant **ROBINSON** drove the vehicle.

4.    It was further part of the conspiracy that defendant **JONES** used the unlawfully obtained arrow key to unlock mail collection boxes at the Cayuga Road Post Office and steal mail matter deposited therein, while defendant **BOLDEN** acted as a lookout.

5.    It was further part of the conspiracy that the defendants, **ROBINSON, BOLDEN,** and **JONES**, opened and intended to open the stolen mail matter with the intent to remove items which were intended to be delivered by the Postal Service.

## OVERT ACTS

6.   In furtherance of the conspiracy and to effect the objects thereof, within the Western District of New York, the defendants, **ROBINSON, BOLDEN,** and **JONES**, committed, and caused to be committed, the following overt acts, among others:

a.   At some time prior to October 2, 2024, defendant **JONES** unlawfully obtained an arrow key to be used to unlock mail collection boxes and retrieve matter deposited therein for delivery by the Postal Service.

b.   On or about October 2, 2024, at approximately 1:30 a.m., the defendants, **ROBINSON, BOLDEN,** and **JONES**, travelled to the United States Post Office located at 285 Cayuga Road in Cheektowaga, New York with the intent to use the arrow key possessed by defendant **JONES** to unlock mail collection boxes and steal mail matter deposited therein.

c.   In furtherance of the conspiracy, defendant **ROBINSON** drove defendants **BOLDEN** and **JONES** to the postal facility located at 285 Cayuga Road and stopped the vehicle on the back side of a row of four drive-up mail collection boxes which allowed the defendants easier access to the doors used by postal employees to retrieve mail matter for delivery.

d.   In furtherance of the conspiracy, defendants **BOLDEN** and **JONES** exited the vehicle and approached the mail collection boxes. Both **BOLDEN** and **JONES** wore hoods over their heads which obscured their faces.

e.   In furtherance of the conspiracy, defendant **BOLDEN** acted as a lookout while defendant **JONES** used the arrow key to unlock one or more mail collection boxes and remove mail matter contained therein.  Defendants **BOLDEN** and **JONES** then returned to the vehicle, which departed the Cayuga Road Post Office.

f.   In furtherance of the conspiracy, the defendants, **ROBINSON, BOLDEN,** and **JONES**, opened and caused to be opened, mail matter that had been stolen from the mail collection boxes.

**All in violation of Title 18, United States Code, Section 371.**

## COUNT 2

**(Possession of Postal Service Key)**

**The Grand Jury Further Charges That:**

On or about October 2, 2024, in the Western District of New York, the defendant, **ANTONIO JONES, JR.**, did knowingly and unlawfully possess a key adopted by the Postal Service and in use on an authorized receptacle for the deposit of mail matter with the intent unlawfully and improperly to use the key.

**All in violation of Title 18, United States Code, Section 1704.**

DATED:  Buffalo, New York, January 2, 2025.

            TRINI E. ROSS
            United States Attorney

       BY:  S/FRANZ M. WRIGHT
           FRANZ M. WRIGHT
           Assistant United States Attorney
           United States Attorney's Office
           Western District of New York
           138 Delaware Avenue
           Buffalo, New York  14202
           716/843-5825
           Franz.Wright@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON